IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE COOLEY,

    Petitioner,               No. CIV S-05-0870 FCD DAD P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, paid the required filing fee of $5.00 or submitted an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) and 1915(a). Petitioner will be granted thirty days to pay the filing fee or file an application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, the $5.00 filing fee or a properly completed application to proceed in forma pauperis; failure to respond to this order may result in dismissal of this action; and

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this court in habeas proceedings.

DATED: May 17, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
cool0870.101a