IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE COOLEY,

    Petitioner,                  No. CIV S-05-0870 FCD DAD P

    v.

ROSANNE CAMPBELL, et al.,

    Respondents.              ORDER

_____/

    Respondents have requested a second extension of time to file a response to the petition for writ of habeas corpus pursuant to the court's order of May 26, 2005.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' July 20, 2005 motion for second extension of time is granted; and

    2. Respondents shall file and serve their response to the petition on or before August 24, 2005.

DATED: July 26, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
cool0870.111s