BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5164
  Fax: (916) 324-2960
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE COOLEY,

      Petitioner,               No. CIV S-05-0870 FCD DAD P

     v.

ROSANNE CAMPBELL, et al.,

      Respondents.          ORDER
_____/

      Respondents have filed a request to modify the briefing schedule for the fourth time.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondents' September 22, 2005 motion for a fourth extension of time to file an answer is granted.

      2. Respondents shall file a response to the petition for writ of habeas corpus on or before October 23, 2005.

DATED: September 27, 2005.

                                                        _____
                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

/cool0870.111f