BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5164
  Fax: (916) 324-2960
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE COOLEY,

    Petitioner,           No. CIV S-05-0870 FCD DAD P

    v.

ROSANNE CAMPBELL, et al.,

    Respondents.       ORDER
_____/

      Respondents have filed a request to modify the briefing schedule for the sixth time.  IT IS HEREBY ORDERED that:

      1. Respondents' October 31, 2005 motion for a sixth extension of time to file an answer is granted.

      2. Respondents shall file a response to the petition for writ of habeas corpus on or before November 4, 2005.

DATED: November 1, 2005.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
/cool0870.111six                  UNITED STATES MAGISTRATE JUDGE