IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE COOLEY,

    Petitioner,        No. CIV S-05-0870 FCD DAD P

    v.

ROSANNE CAMPBELL, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 2, 2005 request for enlargement of time is granted; and

        2. Petitioner shall file and serve his traverse on or before January 4, 2006.

DATED: December 8, 2005.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
cool0870.111trav