IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE COOLEY,

    Petitioner,      No. CIV S-05-0870 FCD DAD P

    v.

ROSANNE CAMPBELL, et al.,

    Respondents.      ORDER

_____/

    Petitioner has requested a second extension of time to file a traverse. Good cause appearing, the request will be granted. IT IS HEREBY ORDERED that:

    1. Petitioner's December 30, 2005 request for extension of time is granted; and

    2. Petitioner shall file and serve his traverse on or before February 3, 2006.

DATED: January 11, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
cool0870.111travsec