IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE COOLEY,

    Petitioner,                  No. CIV S-05-0870 FCD DAD P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.              ORDER

_____/

        On April 19, 2006, the pro se petitioner's February 2, 2006 motion for stay and abeyance was denied due to his failure to make the showing required by <u>Rhines v. Weber</u>, 544 U.S. 269 (2005). Petitioner was granted thirty days to file and serve a new motion for stay and abeyance, and respondents were directed to file their opposition or a statement of non-opposition within thirty days after the motion was served. Petitioner served his renewed motion on May 16, 2006, but titled the motion "Response to the Court's Order Issued Regarding Stay in Abeyance the Instant Proceedings."

        IT IS ORDERED that:

        1. Respondents' opposition or statement of non-opposition to petitioner's renewed motion for stay and abeyance shall be filed and served within thirty days after this order is filed; and

1

         2. Petitioner's reply to any opposition shall be filed and served within twenty days after the opposition is served.

DATED: August 30, 2006.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13
cool0870.brf