BILL LOCKYER
Attorney General of the State of California
MARY JO GRAVES
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5164
  Fax: (916) 324-2960
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD WAYNE COOLEY,** <br><br> Petitioner, <br><br> v. <br><br> **ROSEANNE CAMPBELL, Warden, et al,** <br><br> Respondents. | CIV-S-05-0870 FCD DAD P <br><br> **ORDER** |

Respondent has filed a request to modify the briefing schedule.

1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request is hereby granted.

2. The scheduling order is hereby modified for Respondent to file the response within three (3) days from the date of this order.

DATED: September 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cool0870.eot